*Pro-Se Clerk*

C.A.-05 10325RCL

Francis Orozco
Clerk of U.S. District Court
One Courthouse Way, Suite 2300
Boston, MA. 02210

02/20/05

RE: **Having the U.S. Marshall serve process.**

Clerk Orozco;

I, James G. Heyward, acting Pro Se, would like to have the U.S. Marshall served my complaint and summons to the defendants that are presently known.

There are an total of 5 (five) defendants. But I do know the names of 2 (two):

1). Superintendent Conte at the time of incident was the Superintendent of MCI-Concord.

2). IPS Lt. Collins, at the time of incident was the IPS Lt. at MCI-Concord.

3). The other defendants are presently John Does 1,2,3.

I am requesting that you tell me the fees that it would cost to have the U.S. Marshall make service, so that I may forward that fee to you so that there will not be any delay on making service to the defendants.

Also should I hold onto the John Does complaint and summons until I have their proper names.

Please tell just what I have to send to you or the U.S. Marshalls' office.

Thank you for your time.

Respectfully submitted,
*James Heyward Pro Se*
James G. Heyward, Pro Se
MCI-Norfolk    W81441
P.O. Box 43
Norfolk, MA. 02056-0043