*Pro se Intake*

Francis Oronco
Clerk of U.S. District Court
One Courthouse Way, Suite 2300
Boston, MA. 02210

03/14/05

RE: <u>Cost, plus information on having U.S. Marshall serving summons,</u>
<u>and complaint to named defendants.</u> C.N. 05 10325RCL.


Dear Clerk Orozco:

I, James G. Heyward, am the plaintiff in case 05-10325-RCL. My situation is this, I am in need of having the U.S. Marshalls' Office serve my known named defendants.

I am requesting from you the proper procedure or information that I will need to make this happen.

As far as the cost, and what I am to forward to the U.S. Marshall Office.

Thank you for your time in this matter, and I shall await your instructions.

Respectfully,

James G. Heyward, W82441
MCI-Norfolk
P.O. Box 43
Norfolk, MA. 02056-0043