Francis Orozco
Clerk of U.S. District Court
One Courthouse Way, Suite 2300
Boston, MA. 02210



04/13/05

RE: Question of how long defendant has to respond?

Dear Clerk Orozco,

    I, James G. Heyward, acting Pro se, in the case of Heyward v. Conte, C.A.# 05-10325-RCL, have one or two questions to ask...

    1. What is the proper number of days the defendants has once they have been served their summons and complaint?

    2. I ask, because I had filled in 60 days on the fill-in space on my summons, to the defendants.

    3. If this is wrong, how do I change (correct) my mistake to the proper number of days it should have read?

    Thank you for your time in this matter, and I look forward to your response.


Again thank you,

*James G. Heyward*
James G. Heyward, W82441
Pro se
MCI-Norfolk
P.O. Box 43
Norfolk, MA. 02056-0043