U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF<br>James G. Heyward | COURT CASE NUMBER<br>05-10325RCL |
| DEFENDANT<br>Conte | TYPE OF PROCESS<br>"summons and complaint" |

SERVE ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Superintendent Conte's succesor, Superintendent Peter A. Pepe, Jr.

AT  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
MCI-Concord, 965 Elm St. P.O. Box 9106 Concord, MA. 01742

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James G. Heyward, W82441  
MCI-Norfolk  
P.O. Box 43  
Norfolk, MA. 02056-0043

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

"Individual Capicity", Superintendent Peter A. Pepe, Jr. is Supt.

Contes' succesor in office.

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT  
TELEPHONE NUMBER: none  
DATE: 04/12/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)  
Total Process: 1  
District of Origin No. 38  
District to Serve No. 38  
Signature of Authorized USMS Deputy or Clerk  
Date: 4/18/05

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):  
Kim Bergan (Sec. to Superintendent)  

[X] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4/20/05  Time: 9:30 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 15 | 30 | | 45. | | | |

REMARKS:

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

James G. Heyward, Pro se
V.

05 10325 RCL

SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of Defendant)

Conte, Superintendent of MCI-Concord
MCI-Concord
P.O. Box 9106 - 965 Elm St.
Concord, MA. 01742

Superintendent Conte's "succesor"
Superintendent Peter A. Pepe, Jr.
MCI-Concord
P.O. Box 9106-965 Elm St.
Concord, MA. 01742

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James G. Heyward W82441, Pro se
MCI-Norfolk
P.O. Box 43
Norfolk, MA. 02056-0043

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                         FEB 15 2005

CLERK                                                 DATE

(By) DEPUTY CLERK