UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.  05-10325-RCL

JAMES G. HEYWARD,

    Plaintiff,

v.

CONTE, *et al.*,

    Defendants.

## APPEARANCE

Without waiving service of process or any defenses related thereto, the undersigned counsel hereby enters her appearance on behalf of defendants Peter Pepe (sued as Superintendent Conte's Successor, according to the Summons), and Brian Collins.

Dated:  May 12, 2005                        Respectfully submitted,

                                                            NANCY ANKERS WHITE
                                                             Special Assistant Attorney General

                                                             _____/s/_____
                                                            Wendy C. Weber, Counsel
                                                            BBO No. 633950
                                                           Department of Correction
                                                           Legal Division
                                                           70 Franklin Street, Suite 600
                                                          Boston, MA 02110-1300
                                                           (617) 727-3300 x189

## CERTIFICATE OF SERVICE

    I hereby certify that on this date a true copy of the above document was served upon the plaintiff appearing *pro se* by first class mail.

Date:  _____May 12, 2005_____                _____/s/_____
                                                                   Wendy C. Weber, Counsel