UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10325-RCL

JAMES G. HEYWARD,

    Plaintiff,

v.

CONTE, *et al.*,

Defendants.

## DEFENDANTS' MOTION TO WAIVE
## LOCAL RULES 7.1 (A)(2) AND 37.1

    Defendants Peter Pepe (sued as successor to Superintendent Conte) and Brian Collins, through counsel, hereby move this Court to exempt them from the requirements of Local Rules 7.1 (A)(2) and 37.1.

    In support of this motion, defendant states that plaintiff James G. Heywaard is *pro se* in this action and is a prisoner incarcerated at MCI-Norfolk, a medium security prison. As a result, to require defendant to attempt to confer with the plaintiff to resolve or narrow issues relevant discovery disputes and other motions, pursuant to Local Rules 7.1 (A)(2) and 37.1, would be unduly burdensome and serve no purpose.

Wherefore, the defendant respectfully requests that this Court exempt it from the requirements of Local Rules 7.1 (A)(2) and 37.1.

| | |
|---|---|
| Dated: May 12, 2005 | Respectfully submitted, |
| | Department of Correction<br>Defendant |
| | By its attorneys: |
| | NANCY ANKERS WHITE<br> Special Assistant Attorney General<br>_____/s/_____<br>Wendy C. Weber, Counsel<br>BBO No. 633950<br>Department of Correction Legal Division<br>70 Franklin Street, Suite 600<br>Boston, MA  02110-1300<br>(617) 727-3300, ext. 189 |

### CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon the plaintiff appearing *pro se* by first class mail.

Date:  May 12, 2005                     _____/s/_____.
                                        Wendy C. Weber, Counsel