UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10325-RCL

JAMES G. HEYWARD,

    Plaintiff,

v.

CONTE, *et al.*,

    Defendants**.**

## DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Now come the only served defendants, Peter Pepe and Brian Collins, and hereby move this Court for summary judgment as to each claim of the plaintiff's Complaint. As grounds therefore, the defendants state that they are entitled to judgment as a matter of law as to each of the defendants, pursuant to Fed.R.Civ.P.56(b) and refer the Court to the Memorandum of Law filed herewith.

WHEREFOR, the defendants respectfully request that this Court enter judgment in their favor as to each count of the plaintiff's Complaint.

Dated: June 27, 2005

    Respectfully submitted,

    Defendants,

    By their attorneys:
    NANCY ANKERS WHITE
    Special Assistant Attorney General

    _____/s/_____
    Wendy C. Weber, Counsel
    BBO No. 633950
    Department of Correction
    Legal Division
    70 Franklin Street, Suite 600
    Boston, MA 02110-1300
    (617) 727-3300 x189

2

**The Court has excused compliance with Local Rules 7.1(A)(2) and 37.1 by the defendant in this case by order dated May 18, 2005.**

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the plaintiff appearing *pro se* by first class mail.

Date:  June 27, 2005            _____/s/_____
                                 Wendy C. Weber, Counsel