UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES HEYWARD,
    Plaintiff,

v.                            CIVIL ACTION
                                NO. 05-10325-RCL

CONTE, et al.
    Defendants.

## MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO SUMMARY JUDGMENT

Now comes the Plaintiff, James Heyward, before this Honorable Court and respectfully moves this Court to allow this motion for enlargement of time in accordance to Fed. R. Civ. Proc. Rule 6(b), to respond to defendants' motion for summary judgment up and until August 1, 2005.

The plaintiff asserts that due to his limited access to the law library, including material and copies, it is necessary for this extended time. In addition, the plaintiff states that the defendants' would not be harmed by the extended delay. Plaintiff also asserts that due to the Law Librarian new regulations he <u>no longer</u> can obtain copies of cases within the law books and is hinder by these new events allowed to him in a law library where there is a limit of twenty (20) inmates.

For these reasons , the plaintiff respectfully requests that this Honorable Court allowed him to August 1, 2005, to respond to the defendants' motion.

Respectfully submitted,

James Heyward
P.O. Box 43
Norfolk, MA 02056

Dated: 7/15/05

-2-

## CERTIFICATE OF SERVICE

I hereby state that a copy of the foregoing motion has been served upon the defendants' counsel Wendy C. Weber, at 70 Franklin Street, Suite 600, Boston, MA 02110-1300, by first class mail, postage prepaid on this 15th day of July, 2005.

*James Heyward*
James Heyward