(1)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10325RCL.

JAMES G. HEYWARD,

    Plaintiff,

v.

CONTE', et als.,

    Defendants.

**PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY JUDGMENT FOR THE PLAINTIFF**

  Now comes the plaintiff James G. Heyward, acting Pro se, who here by moves this court to deny the served defendants' Peter Pepe and Brian Collins', Motion For Summary Judgment.

  As grounds therfore, the plaintiff states that the defendants basee their Motion For Summary Judgment on alledged incidents, and grievances that happened after the plaintiff had been transferred to higher security, Souza-Baranoxski Correctional Center(S.B.C.C.), which are not the issues included within the plaintiff's complaint. Nor does the defendnats' motion address the plaintiff's main issues of denial of his Due Process Rights in disciplinary procedures and the denial of Notice of Review Hearing with an opportunity to respond to the disciplinary charges, that defendants conspired to further punish and violate plaintiff's right to be free of retaliation, before transferring plaintiff to S.B.C.C., when defendants had know plaintiff had not violated any rules, which have been brought before this court, in complaint. And refer the court to the Declaration In Opposition To Defendants' Motion For Summary Judgment with Exhibits.

(2)

Wherefor, the plaintiff respectfully request that this court enters judgment in his favor, to deny the defendants Motion and stricken from the records, the alledged incidents mentioned by the defendants, that do not pertain to plaintiff's complaint. Grant plaintiff's Motion In Opposition To Defendants' Motion Fot Summary Judgment Or In The Alternative Summary Judgment For The Plaintiff. There are genuine issues of material fact and will if proved at trial, entitle plaintiff to compensatory, punitive damages under 42 U.S.C. § 1983.

Further proceeedings are necessary to determine whether there was an Due Process violation.

Respctfully submitted,

*[signature]*
James G. Heyward, W82441
Pro se
MCI-Norfolk
P.O. Box 43
Norfolk, MA. 02056-0043          Date: 7.26.05

(3)

## CERTIFICAT OF SERVICE

I hereby certify that on this day a true copy of the Plaintiff's Motion For Opposition To Defendants' Motion For Summary Judgment or In The Alternative Summary Judgment For The Plaintiff was served upon the defendants' Attorney Wendy C. Weber, Department of Correction, Legal Division, 70 Franklin Street, Suite 600, Boston, MA. 02110-1300, by first class mail.

Date: 7-26-05

James G. Heyward, W82441 Pro se
MCI-Norfolk
P.O. Box 43
Norfolk, MA. 02056-0043