UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JAMES G. HEYWARD**

**V.**                                                  **CIVIL ACTION NO. 05-10325-RCL**

**BRIAN COLLINS, ET AL**

## JUDGMENT OF DISMISSAL

LINDSAY, D.J.

    In accordance with the Court's Order of January 23, 2006 allowing the motion for summary judgment of the defendants , Judgment is hereby entered as follows: Judgment for the defendants Brian Collins and Peter Pepe dismissing this action.

January 24, 2006                                        /s/ Lisa M. Hourihan
                                                        Deputy Clerk